UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

RECEIVED
10 DEC -8   AM 9: 31
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Debtor:    RIKIE JOE JEPSEN

Chapter 7 Case No.        09-35376 DDO

Please Check One:

___  Unclaimed Dividends

_X_  Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| MEDICAL XRAY CENTER AAA COLLECTIONS PO BOX 881 SIOUX FALLS SD 57101 | 6 | $ 49.50 | $ 2.66 |

Date:    12/07/2010

J. Richard Stermer,   Trustee